UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:21-cr-66-SPC-NPM

RAYNALDO RAY QUIROGA

_____

### ORDER[1]

Before the Court is pro se Defendant Raynaldo Ray Quiroga's Motion Requesting Permission to Amend Record by Submitting Affidavit to Prove Actual Innocence Pursuant to New Evidence. (Doc. 136).

About four months ago, the Court sentenced Defendant to 240 months' imprisonment for firearm and robbery offenses of which a jury found him guilty. (Doc. 121). Defendant immediately appealed. (Doc. 122). The appeal remains pending, and Defendant has appellate counsel (Doc. 127). Still, he dual filed pro se motions with the Eleventh Circuit and the undersigned to amend the record to include an affidavit that allegedly proves his innocence. (Doc. 136 at 1-2, 4-8). To the extent that Defendant seeks this Court to act on his motion, the requested relief is denied for two reasons.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

First, a notice of appeal generally divests a district court of jurisdiction over matters on appeal. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); *Shewchun v. United States*, 797 F.2d 941, 942 (11th Cir. 1986) ("It is the general rule of this Circuit that the filing of a timely and sufficient notice of appeal acts to divest the trial court of jurisdiction over the matters at issue in the appeal, except to the extent that the trial court must act in aid of the appeal." (citation omitted)). Because Defendant's direct appeal challenging his conviction and sentence is before the Eleventh Circuit, this Court lacks authority to modify the underlying record.

Second, Defendant has an attorney representing him on appeal and filed a notice of appearance here. (Doc. 127). Because Defendant is represented, he may only appear through his lawyer. *See* Local Rule 2.02(b)(2).

Accordingly, it is now

**ORDERED:**

Defendant Raynaldo Ray Quiroga's Motion Requesting Permission to Amend Record by Submitting Affidavit to Prove Actual Innocence Pursuant to New Evidence (Doc. 136) is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on July 7, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:        Counsel of Record
               Defendant Raynaldo Ray Quiroga